1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

11
12
13
14
15
16
17

ERNESTO CALVILLO,

        Plaintiff,

v.

KILOLO KIJAKAZI,

Acting Commissioner of Social
Security,

        Defendant.

No.  2:21-cv-02235-MWF-GJS

[~~PROPOSED~~]
JUDGMENT OF REMAND

18
19
20
21
22
23
24
25
26
27
28

    The Court having approved the parties' Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: October 27, 2021

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28